Entered on Docket
December 27, 2010

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**WILDE & ASSOCIATES**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000
The Bank of New York, fka The Bank of New York as Successor in interest to JP Morgan Chase Bank NA as Trustee for Strutured Asset Mortgage Investments II Inc. Bear Stearns ALT-A Trust 2005-10, Mortgage Pass-Through Certificates, Series 2005-10
09-76079

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In Re:      | Bk Case No.: 09-16447-lbr |
|-------------|---------------------------|
| Yuko Otake  | Date: 12/15/2010          |
|             | Time: 10:30 am            |
|             | Chapter 13                |
| Debtor      |                           |

### ORDER VACATING AUTOMATIC STAY

      IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to

Secured Creditor The Bank of New York, fka The Bank of New York as Successor in interest to JP Morgan Chase Bank NA as Trustee for Strutured Asset Mortgage Investments II Inc. Bear Stearns ALT-A Trust 2005-10, Mortgage Pass-Through Certificates, Series 2005-10, its assignees and/or successors in interest, of the subject property, generally described as 9704 Grouse Grove Ave., Las Vegas, NV 89148.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtor at least seven business days' notice of the time, place and date of sale.

Submitted by:

WILDE & ASSOCIATES

By:_____
Gregory L. Wilde, Esq.
Attorney for Secured Creditor

**APPROVED / DISAPPROVED**

By:_____
David Krieger
Attorney for Debtor(s)

**APPROVED / DISAPPROVED**

By:_____
Kathleen A Leavitt
Chapter 13 Trustee

ALTERNATIVE METHOD re: RULE 9021:

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

___ The court has waived the requirements set forth in LR 9021(b)(1).

___ No party appeared at the hearing or filed an objection to the motion.

_X_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:

___ approved the form of this order              ___ disapproved the form of this order

___ waived the right to review the order and/or   _X_ failed to respond to the document

___ appeared at the hearing, waived the right to review the order

___ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

___ approved the form of this order              ___ disapproved the form of this order

___ waived the right to review the order and/or   _X_ failed to respond to the document

___ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

I declare under penalty and perjury that the foregoing is true and correct.

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor